IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM PORTER, individually,
MARANDA STIVERS, individually,
And as Next Friend to
GATLIN OUTLAW, a minor                                                                PLAINTIFFS

V.                                        4:21CV00574 JM

CITY OF LITTLE ROCK, ET AL                                                           DEFENDANTS

## ORDER

Pending is Plaintiffs' motion for an extension of time to effectuate service of process upon Defendants.

Rule 4(m) states that a plaintiff has ninety (90) days after filing a complaint to serve the complaint and summons upon the defendant. The rule also allows a court to grant an extension of time for service if plaintiff shows good cause for the failure to serve. "A showing of good cause requires at least 'excusable neglect'—good faith and some reasonable basis for noncompliance with the rules. [G]ood cause is likely (but not always) to be found when [1] the plaintiff's failure to complete service in timely fashion is a result of the conduct of a third person, typically the process server, [2] the defendant has evaded service of the process or engaged in misleading conduct, [3] the plaintiff has acted diligently in trying to effect service or there are understandable mitigating circumstances, or [4] the plaintiff is proceeding pro se or in forma pauperis." *Kurka v. Iowa Cnty., Iowa*, 628 F.3d 953, 957 (8th Cir. 2010) (quoting *Adams v. Allied Signal Gen. Aviation Avionics*, 74 F.3d 882, 887 (8th Cir. 1996) and 4B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1137 (3d ed.2002)).

The Court finds that Plaintiffs have failed to show good cause for the failure to timely serve Defendants within ninety (90) days as required under Rule 4(m). Further, the Plaintiffs

filed the motion for extension of time at 11:28 PM on September 27, 2021, the ninetieth day after filing the complaint.[1] The motion for extension of time (Docket # 2) is DENIED. Pursuant to Rule 4(m), the case is dismissed without prejudice. The Clerk is directed to close the case.

    IT IS SO ORDERED this 12th day of October, 2021.

                                                                                     _____
                                                                                     James M. Moody
                                                                                     United States District Judge

---

[1] Sunday, September 26, 2021 is the ninetieth day. However, Rule 6 states that the time period includes the last day of the period unless the last day is a Saturday, Sunday or a legal holiday. Therefore, Monday, September 27, 2021 is the final day of the time period.