IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **WILLIAM PORTER and**<br>**MARANDA STIVERS, individually and**<br>**As Next Friend to Gatlin Outlaw,**<br>**a Minor** | **PLAINTIFFS** |
| V.        4:21CV00574 JM | |
| **CITY OF LITTLE ROCK, et al,** | **DEFENDANTS** |

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal without Prejudice (ECF No. 35), the Court finds that this case should be dismissed. The pending motion (ECF No. 32) is moot, and the Clerk is directed to close the case.

IT IS SO ORDERED this 19th day of August, 2022.

_____
James M. Moody Jr.
United States District Judge